IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ABRAHAM SALOMON RODRIGUEZ | § | |
| VS. | § | CIVIL ACTION NO. 1:12cv3 |
| M. MARTIN | § | |

MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Abraham Salomon Rodriguez, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus.  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge,  for consideration pursuant to applicable orders of this court.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this matter.  The Magistrate Judge  recommends the petition be dismissed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings.  Petitioner filed objections to the Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  After careful consideration, the court concludes the objections are without merit.  In support of his claims, petitioner cites *Bond v. United States*, ___ U.S. ___, 131 S.Ct. 2355 (2011).  In *Bond*, the Supreme Court held that a person convicted of a federal offense had standing to assert that Congress exceeded its power under the Tenth Amendment in enacting a criminal statute.  However*,* the decision in *Bond* did not invalidate the federal statutes petitioner was convicted of violating.  *Boldgett v. Martin*, 20111 WL 6187097 at *1 (5th Cir. Dec. 14, 2011) (unpublished).  Petitioner also asserts that the writ of habeas corpus has been improperly suspended if relief is not available to him under 28 U.S.C. § 2255 or § 2241.  However, this claim is without merit because the savings clause under § 2255 does not violate the Suspension Clause of the United States Constitution.  *Wesson v. U.S. Penitentiary, Beaumont*, 305 F.3d 343, 346-47 (5th Cir. 2002).

<u>ORDER</u>

Accordingly, petitioner's objections are **OVERRULED**.  The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**.  A final judgment shall be entered dismissing the petition.

So **ORDERED** and **SIGNED** this **7**   day of **March, 2012.**

_____
Ron Clark, United States District Judge